```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18207
   JOSEPH MURAGLIA
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-5321

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/04/07 and confirmed on 11/30/07.

   2.  The case was dismissed after confirmation, 08/15/2008.

   3.  The Debtor paid a total of $   3800.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG          .00          .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE      1348.97          .00        1348.97
COMED                      UNSECURED           907.47          .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED           439.71          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           422.27          .00            .00
PREMIER BANKCARD/CHARTER   UNSECURED           364.09          .00            .00
US DEPT HUD                SECURED                .00          .00            .00
        Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1348.97         .00      2133.54         .00        3482.51
PRINCIPAL PAID      1348.97         .00          .00         .00        1348.97
INTEREST PAID           .00         .00          .00         .00            .00
TOTAL PAID          1348.97         .00          .00         .00        1348.97
The Debtor's attorney, ROBERT N HONIG                , was allowed $    3500.00
and was paid $    1250.00   direct and $    2250.00   through the plan.

The Trustee received $     201.03 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/13/08                     /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
   CASE NO. 07 B 18207 JOSEPH MURAGLIA
```